UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| OHIO NATIONAL LIFE ASSURANCE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICA M. EDENFIELD, KARA L. EDENFIELD, and KARA L. EDENFIELD as next friend for MINOR, C.E., | ) ) ) ) ) |
| Defendants. | ) ) |
| | ) No.: 3:12-CV-257-TAV-CCS |
| MICA M. EDENFIELD, | ) ) ) |
| Cross-Plaintiff, | ) ) |
| v. | ) ) |
| KARA L. EDENFIELD and KARA L. EDENFIELD as next friend for MINOR, C.E., | ) ) ) ) |
| Cross-Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered contemporaneously with this Order, Cross-Plaintiff's Motion for Summary Judgment [Doc. 34] is **GRANTED**. The Court hereby **DECLARES** that cross-plaintiff is the sole beneficiary of Ohio National Life Assurance Corporation life insurance policy numbers 6420088 and 6859566. Cross-plaintiff is **AWARDED** the remaining proceeds of Ohio National Life

Assurance Corporation life insurance policy numbers 6420088 and 6859566 on deposit in the Court's registry. The Clerk of Court is **DIRECTED** to **DISBURSE** the relevant funds to cross-plaintiff and **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT